United States District Court
Southern District of Texas
**ENTERED**
March 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH WAYNE HAWKINS, et al., § § Plaintiffs, § § v. § THE UNITED STATES DEPARTMENT § OF HOUSING AND URBAN DEVELOPMENT,§ § Defendant. § | CIVIL ACTION NO. H-18-3052 |

## ORDER

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, Plaintiffs' objections thereto, and Defendant's response. The court concludes that the Memorandum and Recommendation should be and is hereby **ADOPTED** by the court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** on this 26th day of March, 2020, in Houston, Texas.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE