United States District Court
Southern District of Texas
**ENTERED**
March 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH WAYNE HAWKINS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3052 |
| | § | |
| THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In conformity with the Order adopting the Magistrate Judge's Memorandum and Recommendation signed this date, Plaintiffs' claims based on the Administrative Procedure Act, 5 U.S.C. §§ 701-706 and 42 U.S.C. §§ 3604(a) and 3608(e)(5) are **DISMISSED** for want of subject matter jurisdiction. Plaintiffs' Equal Protection claim is **DISMISSED** for failure to state a claim upon which relief may be granted.

This is a **FINAL JUDGMENT**.

The Clerk shall send copies of this Final Judgment to the respective parties.

**SIGNED** on this 26th day of March, 2020, in Houston, Texas.

```
                          _____
                                  SIM LAKE
                          SENIOR UNITED STATES DISTRICT JUDGE
```