United States Courts
Southern District of Texas
FILED

*May 06, 2022*

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 13, 2021

Lyle W. Cayce
Clerk

No. 20-20281

KENNETH WAYNE HAWKINS; CHERYL BROWN POTTS;
KIMANISHA MYLES; REBA CURREN JEFFERY; STEPHANIE WINN;
LORETTA GULLEY; JEANNIE WARE; JAMIE WASICEK;
SHEALISHA ADAMS,

*Plaintiffs—Appellants,*

*versus*

THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-3052

Before WIENER, DENNIS, and DUNCAN, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by
counsel.

IT IS ORDERED and ADJUDGED that the judgment of the
District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on May 06, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20281

IT IS FURTHER ORDERED that each party bear its own costs on appeal.