<div style="float:left">
United States Courts
Southern District of Texas
FILED

*October 04, 2022*

Nathan Ochsner, Clerk of Court
</div>

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 3, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Kenneth Hawkins, et al.
    v. Department of Housing and Urban Development, et al.
    No. 22-88
    (Your No. 20-20281)
    4:18-cv-3052

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 04, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 20-20281    Hawkins v. HUD  
                          USDC No. 4:18-CV-3052

Dear Mr. Ochsner,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                        By: _____  
                             Stacy Carpenter Vial, Deputy Clerk